# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0194.  PHILLIPS v. PHILLIPS.**

Natalie Phillips's emergency motion for an extension of time to file her application for discretionary appeal is hereby GRANTED. See Court of Appeals Rule 16(c), 31(h). Natalie shall file her discretionary application no later than May 26, 2026.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/18/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*